# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sloviter, Dolores K. | United States Court of Appeals for the Third Circuit | 01/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

18614 United States Courthouse
601 Market Street
Philadelphia, PA 19106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   AT&T - com. stock | D | Dividend | M | T | | | | | |
| 2.   Beneficial Mutual Bancorp - com. stock | A | Dividend | J | T | | | | | |
| 3.   Exelon - com. stock | C | Dividend | L | T | | | | | |
| 4.   GE - com. stock | B | Dividend | O | T | | | | | |
| 5.   IT&T Industries - com. stock (new) | A | Dividend | J | T | | | | | |
| 6.   HanesBrand, Inc. - com. stock | A | Dividend | J | T | | | | | |
| 7.   Hartford Fin. Services - com. stock | A | Dividend | J | T | | | | | |
| 8.   PSEG | A | Dividend | K | T | | | | | |
| 9.   Sara Lee - com. stock, now Hillshire Brands | A | Dividend | J | T | Sold | 07/04/12 | | | |
| 10.   Hillshire Brands Co. | A | Dividend | J | T | Sold | 09/03/14 | | | |
| 11.   Exelis | A | Dividend | J | T | | | | | |
| 12.   Xylem | A | Dividend | J | T | | | | | |
| 13.   Vanguard Mun. Bond Funds - see VIII | G | Dividend | P1 | T | | | | | |
| 14.   Vanguard Windsor II - see VIII | E | Dividend | O | T | | | | | |
| 15.   Vanguard Star Fund | B | Dividend | M | T | | | | | |
| 16.   Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| 17.   Allegheny Higher Ed., 4.5%, '22 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Allentown Pa Parking Auth. 5%, '38 | B | Interest | J | T | | | | | |
| 19. West Mifflin Pa Area S.D. B/E | A | Interest | P1 | T | Buy | 08/15/13 | | | |
| 20. Chambersburg S.D., 4.6%, '25 | B | Interest | K | T | | | | | |
| 21. Dauphin Cty., 4.5%, '26 | A | Interest | J | T | Sold | 09/30/11 | K | | |
| 22. Dauphin Cty., 4%, '26 | B | Interest | K | T | | | | | |
| 23. Greater Johnstown, 5%, '19 | A | Interest | J | T | | | | | |
| 24. Northampton, 5%, '39 | A | Interest | K | T | | | | | |
| 25. Lower Merion S.D., 4.8%, '25 | A | Interest | K | T | Sold | 05/15/13 | | | |
| 26. Northeastern York, 4.5%, '26 | B | Interest | K | T | | | | | |
| 27. Pa. Hsg. Fin.Agency, 4.25, 24 | B | Interest | J | T | Buy | 10/02/13 | | | |
| 28. Pa.Hsg. Fin. Agency,4.5%, 24 | B | Interest | J | T | Buy | 01/15/10 | K | | |
| 29. Pa. 4th Series, 4.5%, '24 | A | Interest | K | T | | | | | |
| 30. Pa. St. HFA, 4.5%, '24 | A | Interest | K | T | | | | | |
| 31. Pa. Turnpike, 4.75%, '27 | A | Interest | J | T | | | | | |
| 32. Pa. First Series B, 4.375%, '27 | A | Interest | K | T | | | | | |
| 33. Pa. St. Pub. Sch. Bldg., 4.3%, '27 | A | Interest | J | T | | | | | |
| 34. Pa. First Series B/E, 4.375%, '28 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sloviter, Dolores K. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pa. Turnpike, 5%, '39 | A | Interest | J | T | | | | | |
| 36. Pa. Hsg. Fin. Agency, 4.75%, '39 | B | Interest | K | T | Sold | 10/01/13 | | | |
| 37. Phila. Parking, 5.125%, '24 | A | Interest | J | T | | | | | |
| 38. Plum Boro Pa/SD 23 | A | Interest | K | T | Buy | 05/23/13 | | | |
| 39. Reading, 4.45%, '27 | B | Interest | K | T | | | | | |
| 40. Reading S.D., 4.75%, '38 | B | Interest | K | T | | | | | |
| 41. Somerset S.D., 4.2%, '22 | A | Interest | K | T | | | | | |
| 42. formerly Wachovia Accts., now Wells Fargo | A | Interest | K | T | | | | | |
| 43. Temple University Charitable Gift Annuity | A | Interest | K | T | | | | | |
| 44. Trust # 1 Wachovia Bank/trust expired | F | Interest | O | T | Expired | 11/2013 | | | |
| 45. Univ. of Pennsylvania Charitable Gift Annuity | A | Interest | K | T | | | | | |
| 46. Allentown Pa Parking Auth. 5%, '38 | A | Interest | J | T | | | | | |
| 47. Butler Swr Auth. 4.9% | E | Interest | J | T | Sold | 08/15/13 | | | |
| 48. Pa. Hg Fin. 4.625%, '31 | A | Interest | K | T | Buy | 09/23/11 | K | | |
| 49. Reading Water 5.08, '31 | B | Interest | K | T | Buy | 11/29/11 | K | | |
| 50. Uniontown Area SD 4.35%, '34 | A | Interest | | T | | | K | | |
| 51. Frazier Pa. School District | A | Interest | K | T | Buy | 09/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Neshannock Twp. Pa School | B | Interest | L | T | Buy | 05/18/12 | L | F | |
| 53. Washington Pa Parking Authority 3%, '23 | B | Interest | L | T | Buy | 05/18/12 | L | F | |
| 54. Jeannette Pa School District | C | Interest | L | T | Buy | 05/23/12 | L | F | |
| 55. Highridge Pa Wtr Auth '24 | B | Interest | L | T | Buy | 05/18/12 | L | A | |
| 56. Midd West Sch District PA | B | Interest | L | T | Buy | 05/18/12 | L | A | |
| 57. Oley Valley Pa School District | B | Interest | L | T | Buy | 05/18/12 | L | B | |
| 58. Fairfield Pa Area School | B | Interest | L | T | Buy | 05/23/12 | L | A | |
| 59. Deer Lakes School District PA | A | Interest | L | T | Buy | 05/21/12 | L | A | |
| 60. Mon Vly Pa Swr Auth 3% '25 | B | Interest | L | T | Buy | 05/23/12 | L | B | |
| 61. Washington Cnty Pa Ser 3.45% '26 | C | Interest | L | T | Buy | 05/21/12 | L | A | |
| 62. Mifflin Cnty Pa Rfdg | C | Interest | M | T | Buy | 05/21/12 | M | A | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Municipal Bond Funds in VII have checking account features and were used for various transactions throughout the year.

Please note that I had serious back surgery at the end of November 2013. I was very confident about the information I submitted in my earlier Financial Disclosure Reports, but I was in a wheelchair for a considerable amount of time and it was difficult for me to access some of my records. If I determine that there are any misstatements within the information, I will promptly file an amendment.

Below please note the following information to help clarify the discrepancy in my 2013 report.

Cecil Twp. was inadvertently omitted.

Sara Lee shares were converted to Hillshire Brand. In 2012, Sara Lee became DE Master Blenders and then became Hillshire Brand on July 4, 2012. In 2013, I redeemed 672 shares known as Dutch Co./DE Master Blenders, 1 share of Dutch Co for each share of Sara Lee.

In 2013, I redeemed all DE Master Blenders which had been Dutch Co. which was Sara Lee.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dolores K. Sloviter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544